UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHANIE GORDON,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE CASH EXPRESS, INC., *et al.*,<br><br>    Defendant, | 2:11-cv-2069-LDG-RJJ<br><br><br><br>O R D E R |

This matter is before the undersigned Magistrate Judge on a Motion to Substitute Attorney (#19).

The Court having reviewed the Motion to Substitute Attorney (#19) finds that it has not be signed by a representative of the corporate defendant as required by the rules. Therefore,

IT IS HEREBY ORDERED that the Motion to Substitute Attorney (#19) is **DENIED**.

DATED this   29th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge