UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| STEPHANIE GORDON, | ) | |
| Plaintiff, | ) | 2:11-cv-2069-LDG-RJJ |
| vs. | ) | |
| ACE CASH EXPRESS, INC., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on a Motion to Substitute Attorney (#19).

The Court having reviewed the Motion to Substitute Attorney (#19) finds that it has not be signed by a representative of the corporate defendant as required by the rules. Therefore,

IT IS HEREBY ORDERED that the Motion to Substitute Attorney (#19) is **DENIED**.

DATED this   29th    day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge