GORDON SILVER
ERIKA PIKE TURNER
Nevada Bar No. 6454
E-mail: eturner@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Defendant
Ace Cash Express, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>                    Plaintiff,<br><br>vs.<br><br>ACE CASH EXPRESS, INC., MAUCONDUIT & LUNA, LLC and INEABELLE BUITRAGO,<br><br>                    Defendants. | CASE NO. 2:11-cv-2069<br><br>ORDER UNSEALING DOCKET No. 30<br><br>ORDER GRANTING ~~EX-PARTE~~ MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE |

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Erika Pike Turner, Esq. of the law of Gordon Silver and Good Cause Appearing, it is hereby

ORDERED, Erika Pike Turner, Esq., be removed from CM/ECF service list for this matter, it is further

ORDERED, the Clerk of the Court is directed to take necessary action to effectuate this Order.

DATED January 16 _____, 2014.

_____
United States Magistrate Judge

IT IS FURTHER ORDERED THAT DOCKET NO. 30 SHALL BE UNSEALED BECAUSE MOVANTS FAILED TO SHOW THAT SEALING THE DOCUMENT IS APPROPRIATE. *SEE, E.G., KAMAKANA V. CITY AND COUNTY OF HONOLULU,* 447 F.3D 1172 (9TH CIR. 2006).

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1