# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>       Plaintiff,<br><br>v.<br><br>MAUCONDUIT & LUNA, LLC, *et al*.,<br><br>       Defendants. | Case No. 2:11-cv-02069-LDG (NJK)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Request for Additional Time (#29) is GRANTED as follows: Plaintiff shall have until Tuesday, March 11, 2014, to take action in this case; otherwise this matter will be dismissed for want of prosecution.

DATED this _____ day of January, 2014.

_____
Lloyd D. George
United States District Judge